■ (A) JOSEPH H. CONOWITCH, Appellant, v. PETER J. HARVEY et al., Respondents. Kleinfeld, Acting P. J., Christ, Rabin and Hopkins, JJ., concur; Hill, J., not voting. (B) EARLE H. WILLETS, as Building Inspector of the Town of Huntington, Respondent, v. DOMINICK QUINTO, Appellant. (C) CATHERINE FAUCI et al., Respondents, v. THOMAS V. DONALDSON, Appellant. (D) WALTER PUGH, Respondent, v. BORIS KOROBOVSKY, Appellant. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur. (E) QUENAS REALTY, INC., Respondent, v. LOUIS ENGELHARDT et al., Defendants, and BERNARD B. FELDMAN et al., Appellants. Kleinfeld, Acting P. J., Christ, Hill, Rabin and

Hopkins, JJ., concur. (F) WALTER T. MILLER, Appellant, v. CITY OF NEW YORK, Defendant, and GULL CONTRACTING CO., INC., Respondent. (G) ROCKET SERVICE STATION, INC., Respondent, v. GENE SMITH, Appellant. (H) PARK LAUNDRY CO. OF LONG ISLAND, Respondent, v. INDUSTRIAL PLANTS CORPORATION, Appellant. (I) In the Matter of FREDERICK D. MARRIN, Appellant, v. SUFFOLK COUNTY CIVIL SERVICE COMMISSION, Respondent. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.— [In each action] Motion by respondent to dismiss appeal granted, with $10 costs; appeal dismissed.